

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2015

No. 04-14-00805-CV

**IN THE INT OF MC, MC, MC, MC, AND MC**, Children,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02868
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating appellants' parental rights. The appellants' briefs were originally due to be filed on January 27, 2014. On January 27, 2014, both appellants filed a motion requesting an extension of time to file their briefs, asserting that the court reporter responsible for preparing the reporter's record in this appeal, Mr. David Zarate, did not include a record from hearings held on September 26, 2014, and September 29, 2014.

The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration, which requires this appeal to be brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. *Id*. The notice of appeal was filed on November 19, 2014.

The reporter's record was originally due to be filed in this appeal on December 1, 2014. On January 7, 2015, after being granted extensions of time to file the record, Mr. Zarate filed five volumes of reporter's record which did not include the September hearings. It is therefore ORDERED that Mr. Zarate file a supplemental reporter's record from the September 26, 2014 and September 29, 2014 hearings in this court **no later than February 9, 2015**. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), the clerk of the court is directed to serve a copy of this order on the Honorable Charles E. Montemayor, who presided over the underlying proceeding. Appellants' briefs must be filed no later than twenty days after the supplemental reporter's records are filed.

In view of the deadline for the final disposition of this appeal, **FURTHER REQUESTS FOR EXTENSIONS OF TIME WILL BE DISFAVORED.**

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2015.



Keith E. Hottle
Clerk of Court